1819.

Evans
v.
Phillips.

------○✳◁------

### Evans *against* Phillips.

(PRACTICE.)

A writ of error will not lie on a judgment of nonsuit.

ERROR to the Circuit Court of New-York.

Mr. *D. B. Ogden* moved to dismiss the writ of error in this case, upon the ground that the plaintiff had submitted to a nonsuit in the Court below, upon which no writ of error will lie.

The Court directed the writ of error to be dismissed.

1819.      JUDGMENT.   This cause came on to be heard on
the transcript of the record ; on consideration whereof,
Van Ness    it is adjudged and ordered, that the writ of error be,
v.      and the same is, hereby dismissed, with costs, the
Buel.
plaintiff having submitted to a nonsuit in the Circuit
Court.[a]

a *Vide* Box v. Bennett, 1 *H. Bl.* 432.   Kempland v. Macau-
ley, 4 *T. R.* 436.